# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.: 1:20-cv-00867 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 16) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 16) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than July 30, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**May 14, 2021**　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

1