MICHAEL P. MEARS,
A PROFESSIONAL CORPORATION
MICHAEL P. MEARS #062113
MING OFFICE PARK
5500 MING AVENUE, SUITE 225
BAKERSFIELD, CA 93309
(661)834-1600 TELEPHONE
(661)834-0466 FACSIMILE

Attorney for Plaintiffs,
Nick Gonzalez and
Mayra Elizalde

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK GONZALEZ and<br>MAYRA ELIZALDE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | ) Case No. 1:20-cv-00867-AWI-JLT<br>)<br>) **STIPULATION FOR ORDER**<br>)　(Doc. 18)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Plaintiffs, Nick Gonzalez and Mayra Elizalde, and Defendant,

United States of America, hereby stipulate as follows:

　　　1.　On May 21, 2021, the parties entered into an

agreement to settle this case.

　　　2.　The settlement includes a requirement that the

Internal Revenue Service will issue a refund of income tax,

including accrued interest to Plaintiffs, subject to any statutory

1
_____
STIPULATION FOR ORDER

offsets, to Plaintiffs and, thereupon, the parties will file a Joint Motion to Dismiss the action with prejudice.

    3. On May 14, 2021, the parties filed Notice of Settlement and the Court ordered that the parties file a stipulation to dismiss the action no later than July 30, 2021.

    4. Counsel for the United States has advised that it is likely it will take between three and four months for the Internal Revenue Service to issue the refund check. Under those circumstances, it is unlikely that the check will be received by July 30, 2021.

    5. So that the terms of the settlement may be observed, the parties would request that the Court order that, if the refund check has not been issued by July 23, 2021, the parties file a joint status report by July 30, 2021 to advise the Court of the situation regarding issuance of the refund check.

Respectfully Submitted:

MICHAEL P. MEARS, a
PROFESSIONAL CORPORATION

Dated: May 20, 2021   By:   /s/Michael P. Mears
MICHAEL P. MEARS,
California Bar No. 062113
5500 Ming Avenue, Suite 225
Bakersfield, CA 93309
Telephone: (661)834-1600
Facsimile: (661)834-0466
Email: mpmesq@ymail.com

ATTORNEY FOR PLAINTIFFS,
Nick Gonzalez and Mayra Elizalde

```
                            DAVID A. HUBBERT
                            Acting Assistant Attorney General


Dated: May 20, 2021  By:    /s/Jonathan M. Hauck
                            JONATHAN M. HAUCK
                            Trial Attorney, Tax Division
                            U.S. Department of Justice
                            P.O. Box 683
                            Ben Franklin Station
                            Washington, D.C. 27044
                            Telephone: (202) 616-3173

                            Counsel for the United States
```

IT IS SO ORDERED.

Dated:   **May 20, 2021**            **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE