# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.: 1:20-cv-00867 AWI  JLT<br><br>ORDER AFTER JOINT REPORT EXTENDING THE DEADLINE TO FILE DISMISSAL DOCUMENTS<br>(Doc. 20) |

The parties reported that they had settled the matter (Doc. 16). The Court set July 30, 2021 as the deadline by which the parties would seek dismissal of the action. (Doc. 17) Due to problems in the office of the IRS, there has been a delay in issuing the agreed upon refund. (Doc. 20) The parties now expect the refund to be made and the action to be dismissed by October 1, 2021. Id. at 3. Thus, the Court **ORDERS**:

   1.   The stipulation to dismiss the action **SHALL** be filed **no later than October 1, 2021**. **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **July 28, 2021**          **/s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE