# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK GONZALEZ, et al., | Case No.: 1:20-cv-00867 AWI JLT |
| Plaintiffs, | ORDER CLOSING THE CASE |
| v. | (Doc. 22) |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 22) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **September 22, 2021**      _/s/ Jennifer L. Thurston_
CHIEF UNITED STATES MAGISTRATE JUDGE